JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 609 -- In re Marine Resources II Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/07/16 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS AND CERT. OF SVC. -- Shearson Lehman/American Express, Inc. for transfer of actions pursuant to 28 U.S.C. §1407. -- SUGGESTED TRANSFEREE DISTRICT: S.D. New York -- SUGGESTED TRANSFEREE JUDGE: ? (ds) |
| 84/07/25 | 2 | REQUEST FOR EXTENSION OF TIME --pltfs. Fred Rosen, et al. w/cert. of svc. -- GRANTED TO ALL PARTIES to and including August 10, 1984. Notified involved counsel (ds) |
| 84/07/26 | | APPEARANCES: J. EUGENE CLEMENTS for Fred Rosen, et al.; STUART PARSONS for Thomas Roskos; DAVID PAGET for Boca Associates, etc.; STEPHEN GREINER for Shearson Lehman/American Express Co., Inc.; PETER H. MORRISON for Marine Resources II and Newpar Co.; ROBERT A. HALL for Paul Glenn; ROBERT S. BLANC for Robert B. MacDonald; THOMAS J. SIMS for David J. Roth, Rothcar, Inc. and Kalman M. Carmel; JUDITH L. SPANIER for Henry A. Singer, Singer, Hutner, Levine & Seeman,; Singer, Hutner, Levine Seeman & Chase, P.C. (emh) |
| 84/07/30 | | APPEARANCE: JAMES O'DONNELL, ESQ. for Craig Conners and Captain Conners, Inc. (cds) |
| 84/08/06 | | HEARING ORDER -- setting motion for transfer of A-1 thru A-3 for Panel Hearing in San Francisco, Calfornia on September 20, 1984 (ds) |
| 84/08/06 | 3 | RESPONSE -- Robert MacDonald -- w/cert. of service (cds) |
| 84/08/07 | | APPEARANCE: RONALD E. COOK, ESQ. for Levien/Sneider (cds) |
| 84/08/09 | 4 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Shearson Lehman/American Express, Inc. -- GRANTED to & including August 31, 1984 to MOVANTS (cds) |
| 84/08/10 | 5 | RESPONSE -- defts. Newpar Co., David J. Roth, Kalman M. Carmel and Rothcar, Inc. -- w/cert. of service (cds) |
| 84/08/10 | 6 | RESPONSE -- Boca Associates -- w/cert. of service (cds) |
| 84/08/10 | 7 | RESPONSE, MEMORANDUM -- Fred Rosen, Jenard Gross, Ralph Fitzsch, Adelaide Biggs, Ed Bowman, Denton Cooley, M.D., and Homer-Tauben Partnership -- w/cert. of service (cds) |
| 84/08/13 | 8 | RESPONSE -- LEVIEN/SNIEDER VENTURE ASSOCIATES -- w/cert. of service (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 609 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/08/14 | 9 | RESPONSE -- Craig Conners and Captain Conners, Inc. -- w/cert. of service (cds) |
| 84/08/31 | 10 | SUPPLEMENTAL RESPONSE -- Boca Associates -- w/cert. of service (cds) |
| 84/09/04 | 11 | REPLY -- Shearson Lehman/American Express Inc. -- w/cert. of svc. (rh) |
| 84/09/11 | 12 | SUPPLEMENTAL RESPONSE -- (7) Fred Rosen w/cert. svc. (rh) |
| 84/09/19 | | WAIVERS -- ALL PARTIES WAIVED (ds) |
| 84/10/02 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Gerard L. Goettel in the Southern District of New York pursuant to 28 U.S.C. §1407 (rh) |
| 84/10/02 | | TRANSFER ORDER -- transferring A-1 thru A-3 to the S.D. of New York for pretrial proceedings and assigned to the Hon. Gerard L. Goettel pursuant to 28 U.S.C. §1407 -- Notified involved clerks, judges, counsel and misc. recipients. (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 609 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MARINE RESOURCES II SECURITIES Litigaiton

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| September 20, 1984 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 2, 1984 | TO | unpublished | S.D.N.Y. 208 | Hon. Gerard L. Goettel | |

Misc no. M 21-37-GLG

Special Transferee Information

DATE CLOSED: 8/17/86

JPML FORM 1  LISTING OF INVOLVED ACTIONS  Honorable Gerard L. Goettel
Southern District of New York

DOCKET NO. 609 -- In re Marine Resources II Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Fred Rosen, et al. v. Shearson/American Express, Inc., et al. | S.D.Tex. Sterling | H-83-6777 | 10-2-84 | 84-7365 | 8/17/86 D | |
| A-2 | Thomas Roskos v. Shearson/American Express, Inc. | E.D.Wisc. Evans | 83-C-1689 | 10-2-84 | 84-7366 | 8/17/86 D | |
| A-3 | Boca Associates, etc. v. Shearson/American Express, Inc., et al. | S.D.N.Y. Goettel | 83-Civ-8634 (GLG) | N/A | | 8/17/86 D | |

JPML Form 4

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 609  --  In re Marine Resources II Securities Litigation

---

FRED ROSEN, ET AL. (A-1)
J. Eugene Clements, Esquire
Porter & Clements
3500 RepublicBank Center
Houston, Texas  77002

THOMAS ROSKOS (A-2)
Stuart Parsons, Esquire
Quarles & Brady
780 North Water Street
Milwaukee, Wisconsin  53202

BOCA ASSOCIATES, a partnership, etc.
  (A-3)
David Paget, Esquire
Winer, Neuburger & Sive, P.C.
425 Park Avenue
New York, New York  10022

SHEARSON LEHMAN/AMERICAN EXPRESS
  CO., INC. (sued herein as "Shearson/
  American Express Co., Inc.")
Stephen Greiner, Esquire
Willkie Farr & Gallagher
One Citicorp Center
153 East 53rd Street
New York, New York  10022

MARINE RESOURCES II
NEWPAR COMPANY
Peter H. Morrison, Esquire
Morrison Cohen & Singer
110 East 59th Street
New York, New York  10022

PAUL GLENN
Robert A. Hall, Esquire
Woodard, Hall & Primm
4700 Texas Commerce Tower
Houston, Texas  77002

ROBERT B. MACDONALD
Robert S. Blanc, Esquire
Childs, Fortenbach, Beck & Guyton
1200 Allied Bank Plaza
Houston, Texas  77002

DAVID J. ROTH
ROTHCAR, INC.
KALMAN M. CARMEL
Thomas J. Sims, Esquire
Fouts & Moore
One 1800 Bering Drive, Suite 500
Houston, Texas  77057

HENRY A. SINGER
SINGER, HUTNER, LEVINE & SEEMAN,
  a partnership
SINGER, HUTNER, LEVINE & SEEMAN, P.C.
SINGER, HUTNER, LEVINE SEEMAN &
  CHASE, P.C.
Judith L. Spanier, Esquire
Shea & Gould
330 Madison Avenue
New York, New York  10017

CRAIG CONNERS
CAPTAIN CONNORS

James F. O'Donnell, Esquire
3317 Newark Street, N.W.
Washington, D. C.  20008

LEVIEN/SNEIDER VENTURE ASSOCIATES

Ronald E. Cook, Esq.
Mayor, Day & Caldwell
1900 RepublicBank Center
Houston, Texas  77002

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 609 -- In re Marine Resources II Securities Litigaiton

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | Shearson/American, Inc. | A-1, A-2, A-3 |
| | Marine Resources II | A-3, |
| | Newpar Company | A-1, A-3, |
| ✓ | Rothcar Incorp. | A-3 |
| | Craig Conners | A-1, A-3 |
| ✓ | David J. Roth | A-1, A-3 |
| ✓ | Kalman M. Carmel ~~and~~ Robert B. MacDonald | A-1, A-3  /  A-1, A-3 |
| ✓ | Henry A. Singer | A-3 |
| ✓ | Singer, Hutner, Levine & Seeman, P.C. | A-3 |
| ✓ | Singer, Hunter, Levine, Seeman & Chase, P.C. | A-3 |
| | Levien/Sneider Venture Associates | A-1 |

p. 2

| | |
|---|---|
| Captain Conners, Inc. | A-1 |
| ✓ Paul Glenn | A-1 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |