JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -2 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 609

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MARINE RESOURCES II SECURITIES LITIGATION

TRANSFER ORDER*

This litigation consists of three actions, one each pending in the Southern District of New York, the Southern District of Texas and the Eastern District of Wisconsin. Shearson Lehman/American Express Inc. (Shearson), a defendant in all three actions, moves the Panel for an order under 28 U.S.C. §1407 centralizing the actions in the Southern District of New York. Plaintiff in the New York action and eight defendants concur with the Section 1407 motion. Plaintiffs in the Texas action oppose transfer; in the alternative they favor transfer to the Southern District of Texas.

On the basis of the papers filed, 1/ the Panel finds that these actions involve common questions of fact and that centralization under 28 U.S.C. §1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. These actions share numerous factual questions relating to the promotion and sale of interests in Marine Resources II (MR II), a tax-sheltered limited partnership formed to acquire and operate six 1,300 ton deep sea tuna fishing vessels. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

We are persuaded that the Southern District of New York is the appropriate transferee forum for this litigation. We note that 1) Shearson, the only party named as a defendant in all three actions, has its principal place of business in New York City and prepared the MR II private placement memorandum there; 2) most of Shearson's relevant witnesses and documents are located in New York City; 3) several other defendants reside in the Southern District of New York; and 4) many of MR II's files are located in the Southern District of New York.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the following Schedule A and pending in districts other than the Southern District of New York be, and the same hereby are, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Gerard L. Goettel for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Milton Pollack took no part in the decision of this matter.

1/ The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-609 -- IN RE MARINE RESOURCES II SECURITIES LITIGATION

      Southern District of Texas

Fred Rosen, et al. v. Shearson/American Express, Inc., et al.
    C.A. No. H-83-6777

      Eastern District of Wisconsin

Thomas Roskos v. Shearson/American Express, Inc.,
    C.A. No. 83-C-1689

      Southern District of New York

Boca Associates, etc. v. Shearson/American Express, Inc., et al.,
    C.A. No. 83-Civ-8634 (GLG)